**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHIMBERG, DAVID J | ) | CASE NO. 04-09226 |
| | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Lake County Courthouse, 18 N. County Street, Room 206, Waukegan, Illinois 60085

    On: **February 1, 2008**          Time: **1:30 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                    $12,057.88

    Disbursements                                                            $2.22

    Net Cash Available for Distribution                              $12,055.66

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joel A. Schechter<br>TRUSTEE | $0.00 | $1,955.79 | $0.00 |
| JOEL A. SCHECHTER<br>TRUSTEE ATTORNEY | $0.00 | $5,393.75 | $70.06 |
| Clerk, U.S. Bankruptcy Court, Deferred Adversary Filing Fee | | | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $64,930.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.75502% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SE | $11,006.63 | $743.50 |
| 2 | ROUNDUP FUNDING, LLC/CHASE BANK USA | $4,622.37 | $312.24 |
| 3 | ROUNDUP FUNDING, LLC/CHASE BANK USA | $15,979.10 | $1,079.39 |
| 4 | ROUNDUP FUNDING, LLC/CHASE BANK USA | $7,194.22 | $485.97 |
| 5 | ROUNDUP FUNDING, LLC/CHASE BANK USA | $15,846.53 | $1,070.44 |
| 6 | MITCHELL B. RUCHIM & ASSOCIATES, P. | $10,281.48 | $694.52 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Jewelry | $200.00 |
| Snow Shoes | $10.00 |
| Motor Vehicle | $990.00 |
| Mixed breed dog | $10.00 |

Above assets are of inconsequential value to the estate and costs of sale would render no value to estate.

Dated: **January 2, 2008**                                       For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor

Chicago, IL 60604

| | |
|---|---|
| Trustee: | Joel A. Schechter |
| Address: | 53 West Jackson |
| | Suite 1025 |
| | Chicago, IL  60604 |
| Phone No.: | (312) 332-0267 |

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9226   Doc 30   Filed 01/02/08   Entered 01/05/08 00:46:13   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Jan 02, 2008
Case: 04-09226                 Form ID: pdf002             Total Served: 22

The following entities were served by first class mail on Jan 04, 2008.
db          +David J Shimberg,    410 Thornmeadow Road,    Riverswoods, IL 60015-3747
aty         +David P Leibowitz,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty         +Robert J Semrad,    Robert J Semrad & Associates L LC,    407 S Dearborn St  Ste 600,
              Chicago, IL 60605-1115
tr          +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
              Chicago, IL 60604-3650
7895009     +Astoria Federal Savings,    One Astoria Federal Plaza,    Lake Success, NY 11042-1085
7895236      Bank One,    P O Box 500882,    Henderson, NV 89016
7895238      Bank One GE Select,    P O Box 500882,    Henderson, NV 89016
7895239     +Chase Advantage Credit,    P O Box 52195,    Phoenix, Az 85072-2195
7895240     +Citibank A Advantage,    P O Box 6000,    The Lakes, NV 89163-0001
7895242     +Citibank AT & T Universal,    P O Box 6904,    The Lakes, NV 88901-6904
7895241     +Citibank Amoco,    P O Box 6000,    The Lakes, NV 89163-0001
7895243     +Citibank Home Depot,    P O Box 9100,    Des Moines, IA 50364-0001
7895244     +Citibank Ready Credit,    P O Box 6077,    Sioux Falls, SD 57117-6077
7895010     +Citifinacial,    311 N E Highway,    P O Box 2269,    Palatine, IL 60078-2269
7895234    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue,    Cincinnati, Oh 45999)
7895246     +Mitchell B Ruchim & Associates PC,    3000 Dundee Rd Ste 310,    Northbrook, IL 60062-2434
11351582    +Mitchell B. Ruchim & Associates, P.C.,    3000 Dundee Road, Suite 415,    Northbrook, IL 60062-2436
7895011      Mt Prospect National Bank,    Mt Prospect, IL 60056
11328251     Roundup Funding, LLC/Chase Bank USA, N.A.,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
7895235     +Shelly R Shimberg,    1223 Greenwood Avenue,    Deefield, IL 60015-2806
The following entities were served by electronic transmission on Jan 03, 2008.
7895245      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 03 2008 05:17:16     Discover,   P O Box 30395,
              Salt Lake City, UT 84130
11301701     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 03 2008 05:17:16
              Discover Bank/Discover Financial Services,    PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
              Chicago, IL 60604-3650
7895237*      Bank One,    P O Box 500882,    Henderson, NV 89016
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2008**             **Signature:** *Joseph Speetjens*