# EXHIBIT B

FORM 2



ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-09226 -ABG
Case Name: SHIMBERG, DAVID J

Taxpayer ID No: *******3238
For Period Ending: 06/30/08

Trustee Name: Joel A. Schechter
Bank Name: Bank of America
Account Number / CD #: *******7066 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/27/06 | 13 | Barbara Shimberg | Receipt in settlement of litigation | 1249-000 | 1,000.00 | | 1,000.00 |
| | | | Received in part settlement of litigation | | | | |
| 12/26/06 | 13 | Barbara Shimberg | Receipt in settlement of litigation | 1249-000 | 1,000.00 | | 2,000.00 |
| 12/29/06 | 14 | Bank of America | Interest Rate 1.000 | 1270-000 | 1.00 | | 2,001.00 |
| 01/18/07 | 13 | Barbara Shimberg | | 1249-000 | 1,000.00 | | 3,001.00 |
| 01/31/07 | 14 | Bank of America | Interest Rate 1.000 | 1270-000 | 1.98 | | 3,002.98 |
| 02/21/07 | 13 | Barbara Shiimberg | Receipt in settlement of litigation | 1249-000 | 1,000.00 | | 4,002.98 |
| 02/28/07 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 2.46 | | 4,005.44 |
| 03/30/07 | 14 | Bank of America | Interest Rate 1.000 | 1270-000 | 3.39 | | 4,008.83 |
| 04/04/07 | 13 | Barbara Shimberg | Receipt in settlement of litigation | 1249-000 | 1,000.00 | | 5,008.83 |
| 04/20/07 | 13 | Barbara Shimberg | Receipt for liquidation of property | 1249-000 | 1,000.00 | | 6,008.83 |
| | | | Receipt in payment of debtor's interest in partnership that was not scheduled | | | | |
| 04/20/07 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 1700<br>210 BARONNE ST.<br>NEW ORLEANS, LA 70112 | Bond Premium | 2300-000 | | 2.22 | 6,006.61 |
| 04/30/07 | 14 | Bank of America | Interest Rate 1.000 | 1270-000 | 4.17 | | 6,010.78 |
| 05/17/07 | 13 | Barbara Shimberg | Receipt in settlement of litigation | 1249-000 | 6,000.00 | | 12,010.78 |
| 05/31/07 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 6.90 | | 12,017.68 |
| 06/29/07 | 14 | Bank of America | Interest Rate 1.000 | 1270-000 | 9.87 | | 12,027.55 |
| 07/31/07 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 10.22 | | 12,037.77 |
| 08/31/07 | 14 | Bank of America | Interest Rate 1.000 | 1270-000 | 10.22 | | 12,047.99 |
| 09/28/07 | 14 | Bank of America | Interest Rate 0.750 | 1270-000 | 7.67 | | 12,055.66 |
| 10/31/07 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 7.68 | | 12,063.34 |
| 11/30/07 | 14 | Bank of America | Interest Rate 0.650 | 1270-000 | 6.44 | | 12,069.78 |
| 12/31/07 | 14 | Bank of America | Interest Rate 0.500 | 1270-000 | 5.77 | | 12,075.55 |
| 01/31/08 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 4.65 | | 12,080.20 |
| 01/31/08 | | Transfer to Acct #*******7231 | Final Posting Transfer | 9999-000 | | 12,080.20 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 12,082.42 | 12,082.42 |

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 04-09226 -ABG
Case Name: SHIMBERG, DAVID J

Taxpayer ID No: *******3238
For Period Ending: 06/30/08

Trustee Name: Joel A. Schechter
Bank Name: Bank of America
Account Number / CD #: *******7066 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 12,082.42 | 12,082.42 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,080.20 | |
| | | | Subtotal | | 12,082.42 | 2.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,082.42 | 2.22 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-09226 -ABG
Case Name: SHIMBERG, DAVID J

Taxpayer ID No: *******3238
For Period Ending: 06/30/08

Trustee Name: Joel A. Schechter
Bank Name: Bank of America
Account Number / CD #: *******7231 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | | Transfer from Acct #*******7066 | Transfer In From MMA Account | 9999-000 | 12,080.20 | | 12,080.20 |
| 02/04/08 | 001001 | JOEL A. SCHECHTER<br>53 WEST JACKSON<br>SUITE 1025<br>CHICAGO, IL 60604 | Trustee Compensation<br>Per Court order entered February 1, 2008 | 2100-000 | | 1,955.79 | 10,124.41 |
| 02/04/08 | 001002 | Joel A. Schechter<br>53 West Jackson-Suite 1025<br>Chicago, IL 60604 | Trustee Atty Fees<br>Per Court order entered February 1, 2008 | 3110-000 | | 4,793.75 | 5,330.66 |
| 02/04/08 | 001003 | Joel A. Schechter<br>53 West Jackson-Suite 1025<br>Chicago, IL 60604 | Trustee Atty Expenses<br>Per Court order entered February 1, 2008 | 3120-000 | | 70.06 | 5,260.60 |
| 02/04/08 | 001004 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN ST.<br>7TH FLOOR<br>CHICAGO, IL 60604 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 2700-000 | | 250.00 | 5,010.60 |
| 02/04/08 | 001005 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054-3025 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 7100-900 | | 849.37 | 4,161.23 |
| 02/04/08 | 001006 | Roundup Funding, LLC/Chase Bank USA, N.A.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 7100-900 | | 356.70 | 3,804.53 |
| 02/04/08 | 001007 | Roundup Funding, LLC/Chase Bank USA, N.A.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 7100-900 | | 1,233.09 | 2,571.44 |
| 02/04/08 | 001008 | Roundup Funding, LLC/Chase Bank USA, N.A.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 7100-900 | | 555.17 | 2,016.27 |

Page Subtotals 12,080.20 10,063.93

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 04-09226 -ABG
Case Name: SHIMBERG, DAVID J

Taxpayer ID No: *******3238
For Period Ending: 06/30/08

Trustee Name: Joel A. Schechter
Bank Name: Bank of America
Account Number / CD #: *******7231 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/08 | 001009 | Roundup Funding, LLC/Chase Bank USA, N.A.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 7100-900 | | 1,222.86 | 793.41 |
| 02/04/08 | 001010 | Mitchell B. Ruchim & Associates, P.C.<br>3000 Dundee Road, Suite 415<br>Northbrook, IL 60062 | First and Final Dividend<br>Per Final Distribution Report filed February 4, 2008 | 7100-000 | | 793.41 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 12,080.20 | 12,080.20 | 0.00 |
| Less: Bank Transfers/CD's | 12,080.20 | 0.00 | |
| Subtotal | 0.00 | 12,080.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,080.20 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********7066 | 12,082.42 | 2.22 | 0.00 |
| Checking - Non Interest - ********7231 | 0.00 | 12,080.20 | 0.00 |
| | 12,082.42 | 12,082.42 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 0.00 | 2,016.27 |
|---|---|---|